UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ACCESS 4 ALL, INC., a Florida not for profit corporation, and JOE HOUSTON, Individually,

    Plaintiffs,

v.

DILLARD'S, INC., A Foreign Profit Corporation,

    Defendant.
_____/

Case No. 0:09-cv-61440-WJZ

## PLAINTIFFS' NOTICE OF SETTLEMENT

Plaintiffs, by and through undersigned counsel, hereby notify the Court that the parties have settled the instant matter and are in the process of executing the settlement documents.

Respectfully Submitted,

Thomas B. Bacon, P.A.
Attorney-At-Law
4868 SW 103rd Ave.
Cooper City, FL 33328
954-478-7811
fax 954-237-1990
tbb@thomasbaconlaw.com
Florida Bar. Id. No. 139262

By: /S/ Thomas B. Bacon, Esq.
        Thomas B. Bacon, Esq.