UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61440-CIV-ZLOCH

ACCESS 4 ALL, INC. a
Florida not for profit
corporation and JOE HOUSTON,
individually,

      Plaintiffs,

vs.                            **FINAL ORDER OF DISMISSAL**

DILLARD'S, INC., a Foreign
Profit Corporation,

      Defendant.
_____/

     THIS MATTER is before the Court upon Plaintiffs' Notice of Dismissal (DE 10) filed herein by Plaintiffs Access 4 All, Inc. and Joe Houston. The Court has carefully reviewed said Notice of Dismissal and the entire court file and is otherwise fully advised in the premises.

     Accordingly, after due consideration, it is

     **ORDERED AND ADJUDGED** as follows:

     1. Plaintiffs Access 4 All, Inc. and Joe Houston's Notice of Dismissal (DE 10) be and the same is hereby approved, adopted and ratified by the Court;

     2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

     3. To the extent not otherwise disposed of herein, all pending motions be and the same are hereby **DENIED** as moot.

     **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___19th___ day of November, 2009.

                                              */s/ William J. Zloch*
                                             WILLIAM J. ZLOCH
                                             United States District Judge

Copies furnished:
All Counsel of Record